IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG K. MARTIN,<br><br>    Plaintiff,<br><br>  v.<br><br>STATE BAR OF CALIFORNIA, OFFICE OF THE CHIEF TRIAL COUNSEL STATE BAR OF CALIFORNIA, LAWRENCE J. DAL CERRO, Assistant Chief Trial Counsel, ALLEN BLUMENTHAL, Supervising Trial Counsel, WONDER J. LIANG, Assigned Deputy Trial Counsel, JOHN W. MATNEY, Investigator, SUSAN CHAN, Deputy Trial Counsel, RUSSELL G. WEINER, Interim Chief Trial Counsel, DONALD STEEDMAN, Supervising Trial Counsel, ROBERT A. ENDRIES, Deputy Trial Counsel, LUCY ARMENDARIZ, Judge, SHERRIE B. MCLETCHIE, MIKE A. NISPEROS, JR.,<br><br>    Defendants.<br>_____/ | No. C 11-3601 CW<br><br>ORDER REQUIRING PLAINTIFF TO FILE PROOF OF TIMELY SERVICE |

   Plaintiff Craig R. Martin has not filed proof of service on Defendant Mike A. Nisperos, Jr.  Plaintiff filed this complaint on July 21, 2011.  Thus, under Federal Rule of Civil Procedure 4(m), service of process on this Defendant was required to have been perfected by November 18, 2011.

   By December 2, 2011, Plaintiff shall file proof that Plaintiff served Defendant Mike A. Nisperos, Jr. within the 120-day period required by Rule 4(m).  Alternatively, by December 2, 2011, Plaintiff may file a motion to extend time for service, so long as Plaintiff can demonstrate good cause.

Plaintiff's failure to comply with this Order will result in the dismissal of Plaintiff's claim against this Defendant for failure to prosecute.

IT IS SO ORDERED.

Dated: 12/5/2011

CLAUDIA WILKEN
United States District Judge

**United States District Court**
For the Northern District of California

2