IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG K. MARTIN, | No. C 11-3601 CW |
| Plaintiff, | ORDER GRANTING DEFENDANTS' MOTION FOR A PROTECTIVE ORDER STAYING DISCOVERY, Docket No. 35, AND DENYING AS MOOT DEFENDANTS' MOTION TO SHORTEN TIME, Docket No. 32 |
| v. | |
| STATE BAR OF CALIFORNIA; OFFICE OF THE CHIEF TRIAL COUNSEL STATE BAR OF CALIFORNIA; LAWRENCE J. DAL CERRO, Assistant Chief Trial Counsel; ALLEN BLUMENTHAL, Supervising Trial Counsel; WONDER J. LIANG, Assigned Deputy Trial Counsel; JOHN W. MATNEY, Investigator; SUSAN CHAN, Deputy Trial Counsel; RUSSELL G. WEINER, Interim Chief Trial Counsel; DONALD STEEDMAN, Supervising Trial Counsel; ROBERT A. ENDRIES, Deputy Trial Counsel; LUCY ARMENDARIZ, Judge; SHERRIE B. MCLETCHIE; and MIKE A. NISPEROS, JR., | |
| Defendants. | |
| _____/ | |

Defendants State Bar of California, Office of the Chief Trial Counsel, Judge Lucy Armendariz, Lawrence J. Dal Cerro, Allen Blumenthal, Sherrie B. McLetchie, Wonder J. Liang, John W. Matney, Susan Chan, Russell G. Weiner, Donald Steedman, and Robert A. Endries move for an order staying all discovery in this case.  The Court takes Defendants' motion under submission on the papers.

The Court notes Defendants' motion to dismiss Plaintiff Craig K. Martin's complaint is under submission, see Docket Nos. 15, 22, and that the case management conference previously set for January 18, 2012 was vacated, to be reset if necessary, see Docket No. 31.

United States District Court
For the Northern District of California

1    Having considered Defendants' moving papers and for good

2  cause appearing, the Court GRANTS Defendants' to stay discovery

3  (Docket No. 35).  All discovery in this matter is hereby stayed

4  pending further order of this Court.  Defendants' motion for an

5  order to shorten time to hear their motion to stay discovery is

6  DENIED AS MOOT (Docket No. 32).

7    IT IS SO ORDERED.

8

9  Dated: 3/22/2012

   _____
   CLAUDIA WILKEN
   United States District Judge

10

11

**United States District Court**
For the Northern District of California

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28