IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG K. MARTIN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>STATE BAR OF CALIFORNIA; OFFICE OF THE CHIEF TRIAL COUNSEL, STATE BAR OF CALIFORNIA; LAWRENCE J. DAL CERRO, Assistant Chief Trial Counsel; ALLEN BLUMENTHAL, Supervising Trial Counsel; WONDER J. LIANG, Assigned Deputy Trial Counsel; JOHN W. MATNEY, Investigator; SUSAN CHAN, Deputy Trial Counsel; RUSSELL G. WEINER, Interim Chief Trial Counsel; DONALD STEEDMAN, Supervising Trial Counsel; ROBERT A. ENDRIES, Deputy Trial Counsel; SHERRIE B. MCLETCHIE; MIKE A. NISPEROS, JR.; and DOES 1-50,<br><br>　　　　Defendants.<br>_____/ | No. C 11-3601 CW<br><br>ORDER REGARDING PLAINTIFF'S IN FORMA PAUPERIS STATUS ON APPEAL<br><br>Ninth Circuit Court of Appeals Case No. 12-16132 |

　　On May 10, 2012, Plaintiff Craig K. Martin filed a Notice of Appeal with the Ninth Circuit, challenging this Court's April 11, 2012 Order Granting Defendants' Motion to Dismiss, Granting Mattaniah Eytan's Motion to Dismiss, and Quashing Service upon Eytan. Docket No. 44. The Ninth Circuit has referred the matter to this Court for the limited purpose of determining whether Plaintiff's in forma pauperis status should continue for the appeal or whether the appeal is frivolous or taken in bad faith.

　　Title 28 U.S.C. § 1915(a)(3) provides, "An appeal may not be taken in forma pauperis if the trial court certifies in writing that it is not taken in good faith." See also Ellis v. U. S., 356

U.S. 674, 674 (1958) ("In the absence of some evident improper motive, the applicant's good faith is established by the presentation of any issue that is not plainly frivolous.").

In the April 11, 2012 order, the Court concluded that Plaintiff's claims against the State Bar and its current and former employees in their official capacities were barred by the Eleventh Amendment and the Rooker-Feldman doctrine.  The Court also quashed service upon Mattaniah Eytan, and dismissed Plaintiff's complaint to the extent he sought to prosecute it against Mr. Eytan, who was not mentioned in the complaint and whose identity Plaintiff knew prior to instituting this action.

For the reasons set forth in the April 11, 2012 order, the Court finds that Plaintiff's appeal lacks any arguable basis. Therefore, the Court certifies the appeal as frivolous and taken in bad faith.

Pursuant to Federal Rule of Appellate Procedure 24(a)(5), Plaintiff may file a motion to proceed on appeal in forma pauperis in the Court of Appeals within thirty days after service of notice of this Order.  Any such motion "must include a copy of the affidavit filed in the district court and the district court's statement of reasons for its action."  Federal Rule of Appellate Procedure 24(a)(5).

IT IS SO ORDERED.

Dated: 5/17/2012

CLAUDIA WILKEN
United States District Judge

cc: Ninth Circuit Court of Appeals

2