UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG KENNETH MARTIN,<br><br>Plaintiff,<br><br>v.<br><br>STATE BAR OF CALIFORNIA, et al.,<br><br>Defendants. | Case No. 21-cv-01451-TSH<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Claudia Wilken for consideration of whether the case is related to *Martin v. State Bar of California,* 11-cv-03601-CW.

**IT IS SO ORDERED.**

Dated: March 4, 2021

THOMAS S. HIXSON
United States Magistrate Judge